**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paul CONEY, Jr., Defendant–Appellant.**

No. 09–15788
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 10, 2010.

Cynthia W. Roseberry, Federal Defenders of the Middle District of GA, Inc., Demetria Nicole Williams, Federal Public Defender, Macon, GA, for Defendant–Appellant.

Michelle Schieber, Macon, GA, for Plaintiff–Appellee.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Paul Coney, Jr., in this 18 U.S.C. § 3582(c)(2) proceeding, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and the denial of Coney's § 3582(c)(2) motion is **AFFIRMED.**